In the Matter of the Petition of THE STATE DEPARTMENT OF PUBLIC WORKS, under Section 91, Railroad Law, for an Order Determining that a Change Shall Be Made in the Existing Structure (Highway Bridge) Carrying the Haverstraw-West Haverstraw State Highway No. 5389 Over the Railroad of the NEW JERSEY AND NEW YORK RAILROAD COMPANY in the Incorporated Village of West Haverstraw, Rockland County. NEW JERSEY AND NEW YORK RAILROAD COMPANY, Appellant; THE STATE DEPARTMENT OF PUBLIC WORKS, Respondent. — Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Application of FRED RAMSAY, Petitioner and Appellant, for a Certiorari Order against TOWN BOARD OF THE TOWN OF HEMPSTEAD, NASSAU COUNTY, NEW YORK, and WALTER R. JONES and Others, Constituting Said Board, and FRANKLIN C. GILBERT, Clerk of Said Board, Respondents, with Reference to the Establishment of UNIONDALE WATER DISTRICT. — Motion to resettle order of July 3, 1935, denied. Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

In the Matter of the Appraisal of the Estate of SARAH FORREST ZABRISKIE, Deceased. GEORGE GRAY ZABRISKIE and Another, as Executors, etc., of SARAH FORREST ZABRISKIE, Deceased, Appellants; STATE TAX COMMISSION, Respondent. — Motion to resettle order of July 1, 1935, denied, with ten dollars costs. Present — Scudder, Tompkins, Davis and Johnston, JJ.; Lazansky, P. J., not voting.

GEORGE JESSEWICH and Another, Appellants, v. SALVATORE ABBENE and Another, Respondents.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

DOROTHY KLUGERMAN, Respondent, v. JOSEPH P. DAY, INC., Appellant.— Motion for leave to appeal to the Appellate Division denied, with ten dollars costs. Present — Lazansky, P. J., Scudder, Tompkins, Davis and Johnston, JJ.

LAND FINANCE CORPORATION, Appellant, v. FRANK GIORGIO, JR., Trustee in Bankruptcy of the NOX REALTY CORPORATION, Respondent, and Others, Defendants.— Motion for reargument denied, without costs. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.

NORMAN RUBIN, an Infant, etc., Appellant, v. MIDWOOD TRUST COMPANY, Respondent.— Motion for leave to appeal to the Court of Appeals denied. Present — Young, Hagarty, Carswell and Davis, JJ.; Lazansky, P. J., not voting.